**Esther PINE, Appellant, v. COLUMBIAN NATIONAL LIFE INSURANCE COMPANY, Appellee.**

No. 457.

Circuit Court of Appeals, Second Circuit.

June 27, 1933.

Irving Lemov, of Jamaica, L. I., N. Y., for appellant.

Platt, Taylor & Walker, of New York City (Eli J. Blair, of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.